UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MARK SMITH,                                                  :
                             Plaintiff,    :    20 Civ. 6750 (LGS)
:
           -against-                                   :    ORDER
:
GEORGI DEGOIAN,                                              :
:
                           Defendant.    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated August 26, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference.

      WHEREAS, the initial pretrial conference is scheduled for October 15, 2020, at 11:00 a.m.

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **October 12, 2020, at noon**.

Dated: October 9, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**