UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
MARK SMITH,                                               :
                                    Plaintiff,            :
                                                          :          20 Civ. 6750 (LGS)
                     -against-                            :
                                                          :               ORDER
GEORGI DEGOIAN,                                           :
                                                          :
                                    Defendant.   :
------------------------------------------------------------:
                                                          X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Case Management Plan, dated October 14, 2020 (Dkt. No. 29), directed

the parties to submit a joint status letter per Individual Rule IV.A.2 by December 14, 2020.

        WHEREAS, the parties have not filed a joint status letter.  It is hereby

        **ORDERED** that by **December 17, 2020**, the parties shall submit a joint status letter as

outlined in Individual Rule IV.A.2.

Dated: December 15, 2020
        New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**