UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
MARK SMITH,                                                 :
                                    Plaintiff,              :
                                                            :      20 Civ. 6750 (LGS)
             -against-                                      :
                                                            :      ORDER
GEORGI DEGOIAN,                                             :
                                                            :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan, dated October 14, 2020 (Dkt. No. 29), directed the parties to submit a joint status letter per Individual Rule IV.A.2 by February 26, 2021.

WHEREAS, the parties have not filed a joint status letter. It is hereby

**ORDERED** that by **March 3, 2021**, the parties shall submit a joint status letter as outlined in Individual Rule IV.A.2, including whether they wish to be referred for mediation or settlement.

Dated: March 1, 2021
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**