UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK SMITH,
                         Plaintiff,

              -against-

GEORGI DEGOIAN,

                       Defendant.
------------------------------------------------------------X

20 Civ. 6750 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 8, 2021, directed Plaintiff to file a letter stating whether he wished to be referred for mediation in the Court-annexed mediation program.

WHEREAS, Plaintiff has not timely filed such letter.  It is hereby

**ORDERED** that by **March 12, 2021**, Plaintiff shall file a letter stating whether he wishes to be referred for mediation in the Court-annexed mediation program.

Dated: March 11, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE