```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 MARK SMITH,                                   :
                           Plaintiffs,         :
                                               :
               -against-                       :     20 Civ. 6750 (LGS)
                                               :
 GEORGI DEGOIAN,                               :         ORDER
                           Defendant.          :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties have not filed pre-motion letters for dispositive motions ahead of the April 15, 2021 case management conference (Dkt. No. 29).

WHEREAS, this action is trial ready. It is hereby

**ORDERED** that the April 15, 2021 case management conference is **cancelled**. It is further

**ORDERED** that a jury trial will begin on **July 12, 2021, at 9:45 a.m.**, or the Court's first available date thereafter, subject to the availability of suitable courtrooms during the COVID-19 pandemic. It is further

**ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

(1) any motions in limine shall be filed by **May 4, 2021**. Responses to the motions shall be filed by **May 18, 2021**. No replies shall be filed. The parties shall follow the Court's Individual Rules regarding such motions.

(2) Joint requests to charge, *voir dire*, the verdict form and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by **May 25, 2021**.

(3) The final pre-trial order shall be filed by **June 1, 2021**.

(4) The parties shall appear for the final pre-trial conference on **July 1, 2021, at 4:00 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333.

Dated: April 5, 2021
      New York, New York

                                              **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**